773 S.E.2d 912

**Tynaysha HORTON, Petitioner,**

v.

**CITY OF COLUMBIA, Respondent.**

Appellate Case No. 2014–001070.

No. 27540.

Supreme Court of South Carolina.

Heard June 17, 2015.

Decided July 1, 2015.

John S. Nichols and Blake Alexander Hewitt, both of Bluestein Nichols Thompson & Delgado, LLC, James E. Smith, Jr., and Dylan W. Goff, both of James E. Smith, Jr., P.A., all of Columbia, for petitioner.

Dana M. Thye, of Columbia, for respondent.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *Horton v. City of Columbia*, 408 S.C. 27, 757 S.E.2d 537 (2014). We now dismiss the writ of certiorari as improvidently granted and further direct the court of appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

**DISMISSED AS IMPROVIDENTLY GRANTED.**